**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In Re: | * | Chapter |
| | * | |
| THE GURU OF ABS CORPORATION | * | Case No. 22-54274-JWC |
| | * | |
| Debtor(s), | * | |
| | * | |

_____

## MOTION TO VOLUNTARILY DISMISS CHAPTER 11

The above-captioned debtor and debtor in possession (the "Debtor") hereby moves the Court for entry of an order for the following:

1. Debtor filed its bankruptcy petition on June 6, 2022 without the aid of counsel.

2. Office of the Trustee immediately filed a Motion to Dismiss with a hearing scheduled for June 30, 2022.

3. Debtor, now represented by counsel, attended and said hearing was continued until July 14, 2022 to allow Debtor to file schedules and other important filings.

4. After further contemplation, Debtor now believes the best course of action is to dismiss and refile with counsel to correct the many issues in his existing case from the outset.

5. As such, Debtor wishes to voluntarily dismiss the pending Chapter 11 matter.

This 5th day of July, 2022.

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served the within and foregoing *Motion to Voluntarily Dismiss Chapter 11* by depositing same in the United States Mail, first class postage prepaid, properly addressed to the following:

Groundfloor Holdings GA LLC
600 Peachtree St. NE
Suite 810
Atlanta, Ga 30308

Idea Financial
200 SE 1st St. #200
Miami, FL 33131

CFG Merchant Sons
180 Maiden Lane 15th Floor
New York, NY 10038

The LCF Group
3000 Marcus Ave
Suite 2w15
New Hyde Park, NY 11042

MARY IDA TOWNSON
UNITED STATES TRUSTEE REGION 21
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW Atlanta, Georgia 30303
lindsay.p.kolba@usdoj.gov

GTF Escrow Services A S
1423 Linn Ln
Las Vegas, NV 89110

Global Internaltional Rescources
4040 Pioneer Ave, Suite 207
Las Vegas, NV 89102

Adams Bankcorp, Inc.
4040 Pioneer Avenue, Suite 207-A
Las Vegas, 89102

This 5th day of July, 2022.

          /s/ Joycelyn R. Curry
Joycelyn R. Curry
Georgia State Bar No. 142878
*Proposed Attorney for Debtor and Debtor-in-Possession*

THE CURRY FIRM, LLC
P.O. BOX 162670
Atlanta, GA 30321
(404) 850-2330 (phone)
(678  890-5956 (fax)
jrcurryesq@gmail.com